UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -4  A 10: 45

US DISTRICT COURT
BRIDGEPORT CT

THOMAS GLINSKI

v.

NATIONAL SURETY CORP.

: Civil Action No.
: 3:01cv1167 (SRU)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___   A ruling on the following motions which are currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

___   A conference to discuss the following: (orefmisc./cnf) _____

___   Other: (orefmisc./misc) _____

SO ORDERED this _4th_ day of _November_ 2003, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge