UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS GLINSKI | : CIVIL NO. 3:01-CV-01167 (SRU) |
| Plaintiff | : |
| VS. | : |
| NATIONAL SURETY CORP. | : |
| Defendant | : NOVEMBER 21, 2003 |

## JOINT MOTION TO MODIFY ORDER

The parties jointly move to modify the Court's September 18, 2003 Order. In support of the parties' Joint Motion To Modify Order, the parties state that a Settlement Conference has been scheduled for January 7, 2004 in front of United States Magistrate Judge William I. Garfinkel. The parties desire to extend the following dates until after the Settlement Conference is held:

1. To extend the date to submit the Joint Trial Memorandum until February 6, 2004; and

2. To extend the date for the Trial Calendar Call until February 17, 2004.

1

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

                                                             Respectfully submitted,

| PLAINTIFF | DEFENDANT |
|---|---|
| By_____ | By_____ |
|     Steven E. Arnold, ct07966 |     Alfred C. Constants, III, ct25051 |
|     sea@SAlaw.us |     aconsta1@ffic.com |
|     Peter M. Van Dyke, ct24747 |     Caron, Constants & Wilson |
|     pvd@SAlaw.us |     201 Route 17 North, 2d Floor |
|     Stanger & Arnold, LLP |     Rutherford, NJ 07070 |
|     29 South Main Street |     Tel. (201) 507-3683 |
|     West Hartford, CT 06107 |     Fax. (201) 507-3675 |
|     Tel. (860) 561-0650 | |
|     Fax. (860) 561-0646 |     and |
|     His Attorneys | |
| |     Louis B. Blumenfeld, ct05636 |
| |     Cooney, Scully and Dowling |
| |     Hartford Square North |
| |     10 Columbus Boulevard |
| |     Hartford, CT 06106 |
| |     Tel. (860) 527-1141 |
| |     Fax. (860) 247-5215 |
| | |
| |     Its Attorneys |