disk

46

01 cv1167 mot mod
01 cv1167 ens

FILED

2003 NOV 24 P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| THOMAS GLINSKI | : CIVIL NO. 3:01-CV-01167 (SRU) |
| Plaintiff | : |
| VS. | : |
| NATIONAL SURETY CORP. | : |
| Defendant | : NOVEMBER 21, 2003 |

## JOINT MOTION TO MODIFY ORDER

The parties jointly move to modify the Court's September 18, 2003 Order. In support of the parties' Joint Motion To Modify Order, the parties state that a Settlement Conference has been scheduled for January 7, 2004 in front of United States Magistrate Judge William I. Garfinkel. The parties desire to extend the following dates until after the Settlement Conference is held:

1. To extend the date to submit the Joint Trial Memorandum until February 6, 2004; and

2. To extend the date for the Trial Calendar Call until February 17, 2004.

2003 DEC -5 P 3: 57

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

---

GRANTED in substantial part. The parties have until February 6, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for February 10, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
12/05/03