**STATUS CONFERENCE HELD**
**DATE: 1/15/04**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

January 15, 2004

4:00 p.m.

CASE NO. **3:01cv1167**   **Glinski v Nat'l Surety**

Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main St. Suite 325
West Hartford, CT 06107

Louis B. Blumenfeld
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Alfred C. Constants III
Caron Constants & Wilson
201 Route 17 North, 2nd Floor
Rutherford, NJ 07070

Peter M. Van Dyke
Stanger & Arnold, LLP
29 S. Main St., Suite 325
West Hartford, CT 06107

*Parties will seek further settlement conf. w/ Judge Garfinkel. Pretrial memo and trial calendar call to be rescheduled for after the settlement conf. SRU*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK