UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 18, 2004

2:30 p.m.

*Held*
*1 1/2 hours*

CASE NO. **3:01cv1167 (SRU)**   **Glinski vs. National Surety**

Steven E. Arnold
Stanger & Arnold, LLP
29 S. Main St. Suite 325
West Hartford, CT 06107

Louis B. Blumenfeld
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Alfred C. Constants III
Caron Constants & Wilson
201 Route 17 North, 2nd Floor
Rutherford, NJ 07070

Peter M. Van Dyke
Stanger & Arnold, LLP
29 S. Main St., Suite 325
West Hartford, CT 06107

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK