UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. GLINSKI : | |
| : | CIVIL ACTION NO. 3:01-CV-01167 (SRU) |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| NATIONAL SURETY CORPORATION : | |
| : | |
| Defendant. : | APRIL 23, 2004 |
| : | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDUM

The undersigned moves the Court to extend the time provided in the February 25, 2004 Pretrial Order to allow the filing of the joint final pretrial memorandum by May 6, 2004. The requested extension would have the memorandum filed prior to the currently scheduled May 7, 2004 scheduling conference and would not be expected to delay the trial scheduling.

This motion is necessary as the notice of the filing of the scheduling order apparently did not get to defense counsel and the necessary steps to prepare the document consequently did not occur. The deadline came to the attention of the undersigned only today and Attorney Constants, lead defense counsel is away and not able to be reached until April 26, 2004.

This is the first requested continuance of the filing date in the Pre-Trial Order filed February 25, 2004.

Counsel for the plaintiff have been contacted and have no objection to the requested continuance.

**WHEREFORE,** the undersigned moves that the time to file the joint pretrial memorandum be extended to May 6, 2004.

**DEFENDANT,**
**NATIONAL SURETY CORPORATION**


**BY**_____
Louis B. Blumenfeld, ct05636
Cooney, Scully and Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, Connecticut  06106
Phone: (860) 527-1141
Fax:    (860) 247-5215
E-mail:  lbb@csd-law.com
Its Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on April 23, 2004, as follows:

Steven E. Arnold, Esq.
Stanger & Arnold
29 South Main Street
West Hartford, CT 06107

and to:

Alfred C. Constants III, Esq.
Caron, Constants & Wilson
201 Route 17 North, Second Floor
Rutherford, New Jersey 07070

_____
Louis B. Blumenfeld

#183588