FILED

2004 APR 23 P 3: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. GLINSKI | CIVIL ACTION NO. 3:01-CV-01167 (SRU) |
| Plaintiff, | |
| v. | |
| NATIONAL SURETY CORPORATION | |
| Defendant. | APRIL 23, 2004 |

### MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDUM

The undersigned moves the Court to extend the time provided in the February 25, 2004 Pretrial Order to allow the filing of the joint final pretrial memorandum by May 6, 2004. The requested extension would have the memorandum filed prior to the currently scheduled May 7, 2004 scheduling conference and would not be expected to delay the trial scheduling.

This motion is necessary as the notice of the filing of the scheduling order apparently did not get to defense counsel and the necessary steps to prepare the document consequently did not occur. The deadline came to the attention of the undersigned only today and Attorney Constants, lead defense counsel is away and not able to be reached until April 26, 2004.

GRANTED; ABSENT OBJECTION.
SO ORDERED.