HONORABLE **S.R. Underhill**
DEPUTY CLERK **Montz/Shalbi** RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ~~___ hours ___ minutes~~

DATE **5-7-04**   START TIME _____   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Glinski**

vs.

**Nat'l Surety**

CIVIL NO. **3:01CV1167**
§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**Steven Arnold**
**Peter Van Dyke**
Plaintiffs Counsel

**Louis Blumenfeld**
Defendants Counsel
**Alfred Coustouts**

### CIVIL JURY SELECTION/CALENDAR CALL

☑ ........  ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ........  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ........  _____  ☐ filed ☐ docketed

☐ ........  _____  ☐ filed ☐ docketed

☐ ........  _____  ☐ filed ☐ docketed

☐ ........  _____  ☐ filed ☐ docketed

☐ ........  _____ # jurors present

☐ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........  Voir Dire by Court

☐ ........  Peremptory challenges exercised (See attached)

☐ ........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........  Remaining jurors excused

☐ ........  Discovery deadline set for _____

☐ ........  Disposition Motions due _____

☐ ........  Joint trial memorandum due _____

☑ ........  Trial continued until **July 6** at **9:00 am**

☐ COPY TO: JURY CLERK