UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS A. GLINSKI | : | CIVIL ACTION NO. 3:01-CV-01167 (SRU) |
| Plaintiff, | : | |
| vs. | : | |
| NATIONAL SURETY CORPORATION | : | |
| Defendant. | : | MAY 6, 2004 |

**Defendant's Motion In Limine**
**(Per Trial Memorandum Para. 12)**

The defendant moves in Limine as follows:

1. To prohibit testimony by Harry Gough for the reason that he was not disclosed in accordance with the Federal Rules of Civil Procedure or in the time allowed under the order of the court.

2. To prohibit testimony by Harry Gough as to his opinions that the fuel truck in this case is a "motor vehicle" within the meaning of CGS§ 41-47 as well as a "truck" within the meaning of CGS§14-1(a)(84) and a "commercial vehicle" within the meaning of CGS§14-1(a)(11) for the reason that the plaintiff has never disclosed the basis for such opinions that Mr. Gough has neither the experience nor training involving the Dart refuelers, that Mr. Gough never examined

the Dart refueler or the location of the accident, and as general conclusory opinions they are not proper testimony.

**DEFENDANT,**
**NATIONAL SURETY CORPORATION**

BY_____
Louis B. Blumenfeld, ct05636
Cooney, Scully and Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, Connecticut  06106
Phone: (860) 527-1141
Fax:    (860) 247-5215

and

Alfred C. Constants III, Esq.
Caron, Constants & Wilson
201 Route 17 North, Second Floor
Rutherford, New Jersey 07070
Phone: (201) 507-3710
Fax:    (201) 507-3675
Its Attorneys