# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. GLINSKI | : CIVIL ACTION NO. 3:01-CV-01167 (SRU) |
| Plaintiff, | : |
| vs. | : |
| NATIONAL SURETY CORPORATION | : |
| Defendant. | : MAY 6, 2004 |

## Defendant's List of Evidentiary Problems
## (Trial Memorandum, Paragraph 12)

The defendant has identified the following evidential problems:

1.   Based on the disclosures, the defendant anticipates objecting to the relevance of and to any hearsay portions of those exhibits that may be included in the offer.  This potential problem appears to apply to Plaintiff's exhibits  3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17 and 19.  The defendant also sees a potential problem with Exhibit 1 (the two refuelers), depending on the offer.

2.   Defendant anticipates objecting to the production of Harry Gough as an expert based upon his "conclusory" written opinion provided by affidavit, his lack of experience or training with the Dart refuelers, his failure to conduct an examination of the Dart refueler, and to

his use as an expert due to the plaintiff's failure to disclose him in a timely manner in accordance with the discovery schedule.

3. Defendant also intends to object on the ground of relevance to the testimony as set forth in this memorandum for Kenneth Glinski, Sally Glinski and to portions of the testimony disclosed as to Thomas Glinski.

**DEFENDANT,**
**NATIONAL SURETY CORPORATION**

BY_____
Louis B. Blumenfeld, ct05636
Cooney, Scully and Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, Connecticut 06106
Phone: (860) 527-1141
Fax:    (860) 247-5215

and

Alfred C. Constants III, Esq.
Caron, Constants & Wilson
201 Route 17 North, Second Floor
Rutherford, New Jersey 07070
Phone: (201) 507-3710
Fax:    (201) 507-3675
Its Attorneys