UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS GLINSKI | : CIVIL NO. 3:01-CV-01167 (SRU) |
| Plaintiff | : |
| VS. | : |
| NATIONAL SURETY CORP. | : |
| Defendant | : MAY 28, 2004 |

## MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION IN LIMINE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiff moves for an extension of time of two (2) weeks after the completion of Defendant's deposition of Plaintiff's expert witness, Harry Gough, to respond to Paragraph 2 of Defendant's Motion in Limine. By agreement of the parties, Defendant has withdrawn Paragraph 1 of Defendant's Motion in Limine. The parties have also agreed that Mr. Gough will inspect the two Dart refueler trucks involved in this matter on or about June 9, 2004, and be deposed by Defendant shortly thereafter. Defendant has no objection to granting Plaintiff an extension of time to respond to Paragraph 2 of Defendant's Motion in Limine. This is Plaintiff's first request for an extension of time.

**NO ORAL ARGUMENT REQUESTED**

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,
PLAINTIFF

By _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
His Attorneys

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on May 28, 2004 as follows:

Louis B. Blumenfeld, Esq.
Cooney, Scully and Dowling
10 Columbus Boulevard
Hartford, CT 06106

Alfred C. Constants, III, Esq.
Caron, Constants & Wilson
201 Route 17 North, 2d Floor
Rutherford, NJ 07070

_____
Peter M. Van Dyke

2