

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS GLINSKI | : CIVIL ACTION |
|     Plaintiff | : NO. 3:01-CV-01167 (SRU) |
| VS. | : |
| NATIONAL SURETY CORP. | : JULY 2, 2004 |
|     Defendant | |

### PLAINTIFF'S LIST OF TRIAL EXHIBITS

EXHIBIT #1    Photographs of Dart refueler No. 109

EXHIBIT #2    Connecticut Uniform Police Accident Report W98-291856

    EXHIBIT #2A    Accident Report Form and Diagram

    EXHIBIT #2B    Statement of Joseph L. Carlson

    EXHIBIT #2C    Bradley International Airport (BDL) Driver Badge and Security Data

    EXHIBIT #2D    Aviation Fuel Material Safety Data Sheet

    EXHIBIT #2E    Inspection Report Commercial Vehicle Accident Investigation

    EXHIBIT #2F    Statement of Tom Glinski

    EXHIBIT #2G    Safety Violation re: Joseph Carlson

    EXHIBIT #2H    Uniform Police Accident Report Code Form

EXHIBIT #3    Photographs of Accident

EXHIBIT #4    BDL DOT Ramp Rules and Regulations

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

| | |
|---|---|
| EXHIBIT #5 | BDL Fire Department Incident Reports |
| EXHIBIT #6 | Windsor Locks Fire Department Incident Report |
| EXHIBIT #7 | State of Connecticut Department of Environmental Protection Emergency Incident Report |
| EXHIBIT #8 | AMR Combs DEP Report of Petroleum or Chemical Product Discharge, Spillage or Release |
| EXHIBIT #9 | Steven E. Arnold letter dated June 11, 2004 to Alfred C. Constants, III |
| EXHIBIT #10 | Plaintiff's Expert Harry Gough's File Materials |
| EXHIBIT #10A | Report dated June 22, 2004 |
| EXHIBIT #10B | Photographs taken during his fuel truck inspection |
| EXHIBIT #10C | Rampstar Specifications from www.rampstar.com |
| EXHIBIT #10D | Rampmaster Specifications from www.rampmasters.com |
| EXHIBIT #10E | Rampstar Product Information |
| EXHIBIT #10F | Goodyear Unisteel G286 SS Information |
| EXHIBIT #11 | National Surety Corporation Policy Number S74 DXA 80175135 |
| EXHIBIT #11A | Declarations |
| EXHIBIT #11B. | Connecticut Uninsured Motorist Coverage $1,000,000.00 |
| EXHIBIT #11C | Coverages |
| EXHIBIT #11D | Tarmac Exclusion Endorsement |
| EXHIBIT #11E | Connecticut Uninsured Motorist Coverage CA 21 57 02 95 |
| EXHIBIT #11F | Connecticut Changes   CA 01 07 10 97 |
| EXHIBIT #11G | Business Auto Coverage Form   CA 00 01 07 97 |
| EXHIBIT #12 | March USA Inc. facsimile transmission dated January 3, 2001 to Defendant Fireman Fund's representative. |