UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

THOMAS A. GLINSKI

    Plaintiff,

vs.

NATIONAL SURETY CORPORATION

    Defendant.
_____

CIVIL ACTION NO. 3:01-CV-01167 (SRU)

JULY 8, 2004

**MOTION FOR PERMISSION TO FILE A TRIAL BRIEF
ON THE ISSUE OF WHETHER THE
UNITED STATES AVIATION UNDERWRITERS POLICY
PROVIDES COVERAGE FOR THE ALLEGED TORTFEASOR**

    The undersigned defendant moves the Court to file a Trial Brief on the limited issue of whether the United States Aviation Underwriters policy of insurance issued to AMR Combs provided coverage for the alleged tortfeasor, Carlson at the time of the accident that underlies this declaratory judgment action. The policy, its content and its application to the accident have never been the subject of briefing and the defendant would like the opportunity to set out its analysis in written form. The brief is filed herewith subject to court permission and would not delay the trial or the Court's ruling as the plaintiff will be able to address the arguments in the oral argument that will follow the completion of evidence.

**WHEREFORE,** the undersigned moves that it be allowed to file the Trial Brief and that the Court accept the brief for filing.

        **DEFENDANT,**
        **NATIONAL SURETY CORPORATION**


**BY**_____
        Louis B. Blumenfeld, ct05636
        Cooney, Scully and Dowling
        Hartford Square North
        10 Columbus Boulevard
        Hartford, Connecticut  06106
        Phone: (860) 527-1141
        Fax:    (860) 247-5215
        E-mail:  lbb@csd-law.com
Its Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on July 8, 2004, as follows:

>Steven E. Arnold, Esq.
>Stanger & Arnold
>29 South Main Street
>West Hartford, CT 06107

and to:

>Alfred C. Constants III, Esq.
>Caron, Constants & Wilson
>201 Route 17 North, Second Floor
>Rutherford, New Jersey 07070

_____
Louis B. Blumenfeld

#187093