UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


THOMAS A. GLINSKI

    v                                                    3:01 cv 1167 (SRU)

NATIONAL SURETY CORPORATION


## JUDGMENT

This matter came on for court trial before the Honorable Stefan R. Underhill, United States District Judge, as a result of a complaint for declaratory relief. On July 19, 2004, the court entered a Memorandum of Decision finding in favor of the defendant on all of plaintiff's claims for relief set forth in the Complaint.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendant, National Surety Company, and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of July, 2004.


                                                                KEVIN F. ROWE, Clerk

                                                                By_____
                                                                       Deputy Clerk


Entered on Docket _____