United States District Court
District of Connecticut
FILED AT     BRIDGEPORT

7/12/04
Kevin F. Rowe, Clerk

By: A. M____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS GLINSKI | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:01-CV-01167 (SRU) |
| VS. | : | |
| NATIONAL SURETY CORP. | : | JULY 2, 2004 |
| Defendant | | |

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

7-6-04 Full    EXHIBIT #1     Photographs of Dart refueler No. 109  A, B, C

EXHIBIT #2     Connecticut Uniform Police Accident Report W98-291856

7-6-04 Full    EXHIBIT #2A    Accident Report Form and Diagram

EXHIBIT #2B    Statement of Joseph L. Carlson

7-6-04 Full    EXHIBIT #2C    Bradley International Airport (BDL) Driver Badge and Security Data

7-6-04 Full    EXHIBIT #2D    Aviation Fuel Material Safety Data Sheet

7-6-04 Full    EXHIBIT #2E    Inspection Report Commercial Vehicle Accident Investigation

EXHIBIT #2F    Statement of Tom Glinski

EXHIBIT #2G    Safety Violation re: Joseph Carlson

7-6-04 Full    EXHIBIT #2H    Uniform Police Accident Report Code Form

7-6-04 Full    EXHIBIT #3     Photographs of Accident

7-6-04 Full    EXHIBIT #4     BDL DOT Ramp Rules and Regulations

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

| | | |
|---|---|---|
| 7-6-04 Full | EXHIBIT #5 | BDL Fire Department Incident Reports |
| 7-6-04 Full | EXHIBIT #6 | Windsor Locks Fire Department Incident Report |
| 7-6-04 Full | EXHIBIT #7 | State of Connecticut Department of Environmental Protection Emergency Incident Report |
| 7-6-04 Full | EXHIBIT #8 | AMR Combs DEP Report of Petroleum or Chemical Product Discharge, Spillage or Release |
| | EXHIBIT #9 | Steven E. Arnold letter dated June 11, 2004 to Alfred C. Constants, III |
| | EXHIBIT #10 | Plaintiff's Expert Harry Gough's File Materials |
| | EXHIBIT #10A | Report dated June 22, 2004 |
| 7-6-04 ID / 7-6-04 Full | EXHIBIT #10B | Photographs taken during his fuel truck inspection |
| | EXHIBIT #10C | Rampstar Specifications from www.rampstar.com |
| | EXHIBIT #10D | Rampmaster Specifications from www.rampmasters.com |
| | EXHIBIT #10E | Rampstar Product Information |
| | EXHIBIT #10F | Goodyear Unisteel G286 SS Information |
| 7-6-04 Full | EXHIBIT #11 | National Surety Corporation Policy Number S74 DXA 80175135 |
| | EXHIBIT #11A | Declarations |
| | EXHIBIT #11B. | Connecticut Uninsured Motorist Coverage $1,000,000.00 |
| | EXHIBIT #11C | Coverages |
| | EXHIBIT #11D | Tarmac Exclusion Endorsement |
| | EXHIBIT #11E | Connecticut Uninsured Motorist Coverage CA 21 57 02 95 |
| | EXHIBIT #11F | Connecticut Changes   CA 01 07 10 97 |
| | EXHIBIT #11G | Business Auto Coverage Form   CA 00 01 07 97 |
| | EXHIBIT #12 | March USA Inc. facsimile transmission dated January 3, 2001 to Defendant Fireman Fund's representative. |