# United States District Court

DISTRICT OF _____

United States District Court
DISTRICT OF CONNECTICUT
FILED AT BRIDGEPORT
July 12, 2004
Kevin F. Rowe, Clerk
A. Montz
Deputy Clerk

Glinsky
v.
National Surety

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01cv1167

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Steven Arnold | Alfred Constants |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7.6.04 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7-6-04 |  |  | Thomas Glinski, Enfield, CT, Sworn + Test |
|  | A | " |  |  | Violation - Bradley Int'l Airport |
|  |  | " |  | Expert Witness | Harry Gough, Wethersfield, CT, Sworn + Test |
|  | B |  |  |  | First Draft Affidavit of Donald Bridge |
|  | C | " |  |  | Affidavit of Harry Gough |
|  |  | 7/12/04 |  | Expert Witness | Andrew Reeves, Charlotte, N.C. |
|  | D | 7/12/04 | ✓ |  | Cert. of Insurance |
|  | E | 7/12/04 | ✓ |  | United States Aviation Underwriters Policy Info. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages