**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Steven E. Arnold
Stanger & Arnold
29 S. Main Street, Suite 325
West Hartford, CT 06107

      Re: Case Name: Glinski v National Surety Corp
           Number: 3:01cv1167 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

      Plaintiff's Exhibits 1-12

If they are not picked up by December 16, 2004 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                                    Sincerely,

                                    Kevin F. Rowe, Clerk

                              BY /s/ Alice Montz
                                    Alice Montz
                                    Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____