**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Alfred C. Constants III, Esq.
Caron Constants & Wilson
201 Route 17 North, 2nd Floor
Rutherford, NJ 07070

       Re: Case Name: Glinsky v National Surety
            Number: 3:01cv1167 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

       Defendant's Exhibits A,B,C,D,E

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                          Sincerely,

                          Kevin F. Rowe, Clerk

                        BY /s/ Alice Montz
                              Alice Montz
                              Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____